```
 1 │ Elizabeth F. Rojas                          FILED         ORIGINAL
   │ Chapter 13 Standing Trustee
 2 │ 15301 Ventura Blvd.
   │ Bldg B, Suite 400                    05 MAR 24 PM 12:40
 3 │ Sherman Oaks, CA 91403
   │ Telephone: (818) 933-5700            CLERK U.S. BANKRUPTCY COURT
 4 │ Facsimile: (818) 933-5755            CENTRAL DISTRICT OF CALIFORNIA
 5 │                                      BY:_____ DEPUTY
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

To:       Clerk, U. S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Debtor(s):   MAPPLE ODESTER SMITH
             43449 25TH STREET WEST

             LANCASTER, CA  93536

Case No.:    SV00-20381-GM

<u>Explanation of Source</u>:  Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| MAPPLE ODESTER SMITH<br>43449 25TH STREET WEST<br>LANCASTER, CA  93536 | $ 2,297.38 |

Dated:    MAR 2 4 2005                    _Elizabeth F. Rojas_
                                          Elizabeth F. Rojas, Trustee

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15301 VENTURA BLVD., BLDG B, STE 400
SHERMAN OAKS, CA 91403

Check No. 733575
Check Date Mar 23, 2005
Check Amt. ***2,297.38

| Case Number | Claim No. | Name of Debtor(s) | Claim Allowed | Principle Payments | Principle Pd to Date | Balance Due | Interest Payment | Interest to Date | Total this Dividend |
|---|---|---|---|---|---|---|---|---|---|
| 0020381 | | SMITH, MAPPLE ODESTER | .00 | 2,297.38 | .00 | .00 | .00 | .00 | **2,297.38 |
| | Reference: | | | | | | | | |



⑈733575⑈ ⑆122038442⑆ 001 702130⑈